UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WAYNE JONES,<br><br>    Petitioner,<br><br>    v.<br><br>JANINE WALLACE,<br><br>    Respondent. | Case No. 1:25-cv-00763-HBK (HC)<br><br>ORDER GRANTING MOTION TO TRANSFER<br><br>(Doc. No. 7) |

    Pending before the court is Respondent's motion to transfer the petition for writ of habeas corpus to the United States District Court, Central District of California. (Doc. No. 7).

    On June 23, 2025, Petitioner Charles Wayne Jones, a civil detainee at Coalinga State Hospital, initiated this action by filing a petition for writ of habeas corpus using the standard form for petitions filed under 28 U.S.C. § 2241. (Doc. No. 1, "Petition"). The Court conducted a preliminary review of the Petition and, because it did not plainly appear that Petitioner was not entitled to relief, the Court ordered Respondent to file a response to the Petition. (Doc. No. 4). In conducting this screening, the Court characterized the Petition as being filed under 28 U.S.C. § 2254. (*Id.*). On September 18, 2025, Petitioner filed a "Notice of Objection and Motion for Restoration of Filing Protocol," challenging the Court's characterization of the Petition as being brought under § 2254 rather than § 2241. (Doc. No. 5). On September 25, 2025, the Court

entered an order denying Petitioner's "Notice of Objection and Motion for Restoration of Filing Protocol," recharacterizing the Petition as being filed under 28 U.S.C. § 2254, and transferring the action to the United States District Court for the Central District of California, Western Division. (Doc. No. 6 at 4, ¶ 3). On that same date, the Clerk of Court incorrectly transferred the case to the United States District Court for the Southern District of California. (*See* docket). On October 21, 2025, Respondent filed the instant motion seeking transfer of the Petition to the Central District of California, as originally intended in the Court's September 25, 2025 Order. (Doc. No. 7).

Upon further review, the Court notes that while the "Ordered" clause of September 25, 2025 Order specifically directed the Clerk of Court to transfer this action to the "United States District Court for the Central District of California, Western Division," a scrivener's error in the caption of the Order directed that the action be transferred to the Southern District of California. (*Compare* Doc. No. 6 at 1, 4:5-6, 4 ¶ 3).

Accordingly, it is **ORDERED**:

1. Respondent's Motion to Transfer this action to the United States District Court for the Central District of California (Doc. No. 7) is GRANTED.

2. The Clerk of Court shall correct the electronic transfer of this action preformed on September 25, 2025 by (i) transferring this action to the United States District Court, Central District of California; and (ii) notifying the Southern District of the incorrect transfer (case no. 3-25-cv-02554).

Dated:  October 22, 2025

                                                HELENA M. BARCH-KUCHTA
                                                UNITED STATES MAGISTRATE JUDGE